# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT RIVERNIDER,** | : | **CIVIL ACTION NO.** |
| | : | **3:14 CV 01000 (RNC)** |
| **Petitioner,** | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Respondent.** | : | **November 14, 2017** |

## SHIPMAN & GOODWIN LLP'S MOTION TO SEAL
## AFFIDAVITS OF JAMES W. BERGENN AND MICHAEL G. CHASE

Pursuant to Local Rule of Civil Procedure 5(e) and Federal Rule of Civil Procedure 5.2(d), non-parties Shipman & Goodwin LLP, Attorney James W. Bergenn and Attorney Michael G. Chase (collectively, "Shipman & Goodwin"), respectfully move the Court for an order sealing the Affidavit of James W. Bergenn and the Affidavit of Michael G. Chase, including the exhibits accompanying those affidavits (collectively, "Affidavits").

In connection with the petitioner's habeas claims in the above-referenced matter, Attorneys Bergenn and Chase were ordered to provide affidavits and supporting documents responding to petitioner's claims, focusing particularly on the validity of petitioner's plea in the underlying criminal action. The information reflected in the Affidavits contains "waived information and documents", inasmuch as it includes attorney-client privileged information "reasonably necessary to adjudicate the claims in [petitioner's] habeas petition now pending before this Court", and to which the Court further ordered that "[a]ll waived information and documents disclosed to the Government will be designated CONFIDENTIAL and will not be

used or disclosed for any purpose other than the adjudication of the claims in the petition except pursuant to further order of the Court." (Dkt. No. 109)

Shipman & Goodwin files this motion to seal to comply with the Court Order.

WHEREFORE, Shipman & Goodwin respectfully requests that this Court order the Affidavit of James W. Bergenn, with attached Exhibits 1-8, and Affidavit of Michael G. Chase, with attached Exhibits 1-20, be sealed, together with such other and further relief as the Court deems proper.

NON-PARTIES,
SHIPMAN & GOODWIN LLP,
JAMES BERGENN, ESQ., AND
MICHAEL CHASE, ESQ.,

By  /s/ Charles L. Howard
    Charles L. Howard (ct05366)
    Lee A. Duval (ct23387)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-2819
    Tel.:  (860) 251-5000
    Fax:  (860) 251-5219
    choward@goodwin.com
    lduval@goodwin.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, a copy of the foregoing Motion to Seal Affidavits of James W. Bergenn and Michael G. Chase was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy of this filing has been sent to the following:

Robert Rivernider, Jr.
Reg. No. 96006-004
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863-1506

By: /s/Charles L. Howard
Charles L. Howard