Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK L. Pipech RPTR/ECRO/TAPE Warner, Darlene

TOTAL TIME: 3 hours 39 minutes

DATE: 1/16/2018 START TIME: 9:19 a.m. END TIME: 12:58 p.m.

LUNCH RECESS FROM: ____ TO: ____

RECESS (if more than ½ hr) FROM: ____ TO: ____

CIVIL NO. 3:14-cv-01000-RNC

Robert Rivernider — R. Rivernider, pro se/ Robert Frost, Jr.

Plaintiff's Counsel STANDBY CNSL

vs

USA — Christopher Schmeisser/John Durham

Defendant's Counsel

Movants: Charles Howard

Counsel: James Bergenn

## COURTROOM MINUTES- CIVIL

- [ ] Motion hearing
- [x] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

| | | | | |
|---|---|---|---|---|
| ☐ .....#____ Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....#____ Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....#____ Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....#____ Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....#____ Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....#____ Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....#____ Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☑ ..... Oral Motion to sequester J Bergenn during pltf's testimony | ☑ granted | ☐ denied | ☐ advisement |
| ☐ ..... Oral Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Oral Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... Oral Motion ____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____

| | | |
|---|---|---|
| ☐ ........... ____ | ☐ filed | ☐ docketed |
| ☐ ........... ____ | ☐ filed | ☐ docketed |
| ☐ ........... ____ | ☐ filed | ☐ docketed |
| ☐ ........... ____ | ☐ filed | ☐ docketed |
| ☐ ........... ____ | ☐ filed | ☐ docketed |
| ☐ ........... ____ | ☐ filed | ☐ docketed |

☑ ........... Evidentiary Hearing continued until 1/17/2018 at 10:00 a.m.