Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____ RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____

vs

_____

Plaintiff's Counsel STANDBY CNSL

_____

Defendant's Counsel

Movants: Charles Howard
Counsel:  James Bergenn

## COURTROOM MINUTES- CIVIL

- [ ] Motion hearing
- [ ] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [ ] Miscellaneous Hearing

| | | | |
|---|---|---|---|
| [ ] .....# _____ Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# _____ Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# _____ Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# _____ Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# _____ Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# _____ Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .....# _____ Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] ..... Oral Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] ..... Oral Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] ..... Oral Motion _____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ] .... Oral Motion _____ | [ ] granted | [ ] denied | [ ] advisement |

- [ ] ..... [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____

| | | |
|---|---|---|
| [ ] ............ _____ | [ ] filed | [ ] docketed |
| [ ] ............ _____ | [ ] filed | [ ] docketed |
| [ ] ............ _____ | [ ] filed | [ ] docketed |
| [ ] ............ _____ | [ ] filed | [ ] docketed |
| [ ] ............ _____ | [ ] filed | [ ] docketed |
| [ ] ............ _____ | [ ] filed | [ ] docketed |

- [ ] ............ _____ Hearing continued until _____ at _____