Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK L. Pipech                    RPTR/ECRO/TAPE Darlene Warner

TOTAL TIME: 5 hours 55 minutes

DATE: 2/13/2018    START TIME: 9:41 a.m.    END TIME: 4:50 p.m.

LUNCH RECESS    FROM: 12:35 p.m.    TO: 1:49 p.m.

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:14-cv-01000-RNC

Robert Rivernider

R. Rivernider, pro se/ Robert Frost, Jr.

Plaintiff's Counsel  STANDBY CNSL

vs

USA

Christopher Schmeisser/John Durham

Defendant's Counsel

Movants: Charles Howard
Counsel:  James Bergenn

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                    ☐ Show Cause Hearing
☑ Evidentiary Hearing (Cont'd)      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....# _____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☑ ........... Evidentiary Hearing held. (Continued from 1/17/2018 Evid Hrg.) _____    ☐ filed ☐ docketed
☐ ........... Counsel will confer and communicate to Chambers re obtaining affidavit of ___    ☐ filed ☐ docketed
☐ ........... Dr. Filippopoulos, or to set for further hearing.    ☐ filed ☐ docketed
☐ ........... Pltf Rivernider requests to be returned to South Carolina facility after appt    ☐ filed ☐ docketed
☐ ........... with his doctor. The Court will fashion an order to USM if necessary.    ☐ filed ☐ docketed
☐ ........... _____    ☐ filed ☐ docketed
☐ ........... _____ Hearing continued until _____ at _____