Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK_____ RPTR/ECRO/TAPE D. Warner

TOTAL TIME: _____ hours 29 _____ minutes

DATE: 7/31/2019 _____    START TIME: 10:08 AM _____    END TIME: 10:37 AM _____

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:14-cv-01000-RNC _____

Robert Rivernider _____

R.Frost-standby counsel (Pltf by phone) _____

Plaintiff's Counsel

vs

USA _____

C. Schmeisser _____

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing

☐ Evidentiary Hearing      ☐ Judgment Debtor Exam

☑ Miscellaneous Hearing TeleCnf

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☑ | .....#1 | Motion | Vacate, Set Aside or Correct Sentence (2255) | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | .....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ..... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ..... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ..... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |

☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ Hearing continued until _____ at _____

Notes: Tele status conference held.