# MANDATE

D. Conn.
14-cv-1000
10-cr-222
Chatigny, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-three.

Present:
    Richard J. Sullivan,
    Michael H. Park,
    Steven J. Menashi,
        *Circuit Judges*.

_____

Robert Rivernider,

        *Petitioner-Appellant*,

v.                                                                       22-2852

United States of America,

        *Respondent-Appellee*.

_____

Appellant, proceeding pro se, moves for a certificate of appealability ("COA"), to rule on his COA motion, and to order the district court not to send Appellant back to prison for violating his conditions of supervised release. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

                                                        FOR THE COURT:
                                                        Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/26/2023