UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT HENRY RIVERNIDER, JR.,

   Petitioner,

v.

UNITED STATES OF AMERICA,

   Respondent.

Case No. **3:14-cv-01000**

# SUPPLEMENTAL RULE 60(d)(3) MOTION REGARDING ONGOING COLLATERAL CONSEQUENCES

   COMES NOW Petitioner, **Robert Henry Rivernider, Jr.**, proceeding pro se, and respectfully submits this **Supplemental Motion** pursuant to **Federal Rule of Civil Procedure**

**60(d)(3)** in support of his previously filed motion seeking relief from judgment for fraud on the court.

This supplemental filing is submitted to advise the Court that the fraud alleged in Petitioner's pending Rule 60(d)(3) motion continues to produce **ongoing collateral legal consequences**, including enforcement of supervised release and subsequent revocation proceedings derived from the underlying judgment.

This filing **does not seek immediate release**, does **not request relief beyond this Court's jurisdiction**, and does **not present new habeas claims**. It is submitted solely to ensure the Court is fully informed that the fraud upon the habeas court is **not historical, harmless, or moot**, but continues to affect Petitioner's liberty interests.

I. PURPOSE OF SUPPLEMENT

Petitioner previously filed a Rule 60(d)(3) motion asserting that the denial of his § 2255 petition was procured through fraud on the court, including materially false victim designations and inflated loss figures presented by officers of the court.

This supplemental motion is submitted to place on the record that the fraudulent judgment continues to serve as the legal foundation for ongoing punishment and restraint, thereby confirming that the fraud has **continuing real-world consequences**.

## II. ONGOING COLLATERAL CONSEQUENCES

Supervised release is a component of the original sentence. *Johnson v. United States*, 529 U.S. 694, 700 (2000). Enforcement and revocation of supervised release are derivative of the validity of the underlying judgment.

The judgment that is the subject of Petitioner's pending Rule 60(d)(3) motion continues to be relied upon to justify ongoing supervision and incarceration. As a result, the integrity of the § 2255 proceeding remains directly relevant to current restraints on Petitioner's liberty.

Accordingly, the fraud alleged in the pending Rule 60(d)(3) motion is neither academic nor harmless, but continues to impose collateral consequences upon Petitioner.

## III. JURISDICTION PRESERVED

Petitioner acknowledges that this Court does not exercise jurisdiction over supervised release revocation proceedings conducted in other districts. This supplemental filing does not request relief directed to those proceedings.

Rather, it preserves the record that the fraud upon this Court continues to produce legal consequences and should be considered in evaluating whether the prior denial of § 2255 relief must be vacated and reopened in the interests of justice.

IV. REQUEST

WHEREFORE, Petitioner respectfully requests that this Court consider this supplemental filing in conjunction with the pending Rule 60(d)(3) motion when determining whether the judgment denying § 2255 relief should be vacated due to fraud on the court.

Respectfully submitted,

Date: December 15, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 34471

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Supplemental Motion was mailed via U.S. Mail to:

**United States Attorney's Office — District of Connecticut**

157 Church Street, 25th Floor

New Haven, CT 06510

Exhibit A – Judgment in Supervised Release Revocation (M.D. Fla.)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

vs

ROBERT RIVERNIDER

Case Number: 5:24-cr-138-TPB-PRL

USM Number: 96006-004

Joshua Woodard, FPD
201 S. Orange Avenue
Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant was found guilty of violation of charge numbers: One, Three, and Four of the term of Supervised Release. The defendant is adjudicated guilty to these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report | November 4, 2024 |
| Three | Failure to disclose financial information | October 30, 2024 |
| Four | Obtain Nex Credit/Loan without Approval | December 30, 2024 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

December 12, 2025

_____
THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE

DECEMBER 12h, 2025

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case

Robert Rivernider
5:24-cr-138-TPB-PRL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 Years.**

Defendant shall cooperate in the collection of DNA.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case

Robert Rwernicher
14 S. Bobwhite Rd
Wildwood FL
34785



GREETINGS FROM
CHRISTMAS FL 327
16 DEC 2025 PM 2

FOREVER · USA

Clerk of the Court
US District Courthouse
141 Church St
New Haven CT 06510

06510