

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT H. RIVERNIDER,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Case No. 3:14-CV-1000 (RNC)

**NOTICE OF CHANGE OF ADDRESS AND LEGAL MAIL DIRECTIVE**

Please take notice that the undersigned, Robert H. Rivernider, is no longer housed at Marion County Jail and is currently confined at Orange County Corrections Department.

The Court is respectfully requested to update its records and direct **all future legal mail, orders, notices, and correspondence** in this matter to the following address:

Robert H. Rivernider
ID 25041136
M-4 East
PO Box 4970
Orlando, FL 32802-4970

The undersigned respectfully requests that this address be used for all future service and correspondence in this case. Due to custodial transfers and limitations on access to legal mail, the undersigned respectfully requests prompt updating of the docket to prevent missed court correspondence.

Respectfully submitted,

Date: February 24, 2026

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

**Certificate of Service**

I certify that a copy of this Notice was mailed:

Office of the United States Attorney
District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510

Case 3:14-cv-01000-RNC   Document 279   Filed 03/03/26   Page 3 of 3

RiverNider
14 S. Bobwhite Rd
Wildwood FL
34785

ORLANDO FL 328

26 FEB 2026 PM 2 L

Clerk of the Court
US District Court
District of CT
450 Main St   Ste A01
Hartford CT 06106

06103-307896