TRULINCS 96006004 - RIVERNIDER, ROBERT - Unit: MIM-C-W

--------------------------------------------------------------------------------

FROM: 96006004
TO:
SUBJECT:
DATE: 03/31/2026 07:38:09 PM

NOTICE TO CLERK

(RNC)

From: Robert Rivernider
Case #'s 3:10-cr-00222 and 3:14-cv-01000

I learned today on March 31, 2026 the District Court denied a motion I filed the denials are dockets 882-886
filed on March 21, 2026. The orders are not available to be viewed on PACER.

I also learned that today the orders are being mailed TODAY March 31, 2026. Please find attached a Notice of Appeal.

I need the orders for these denials as well as the denials for case #:14-cv-01000 filed on March 21, 2026 mailed
to my house as I am continually in transit and have no idea where I will be to receive mail.
Send all future mail to this address.

My Address is:

Robert Rivernider
14 S Bobwhite Rd
Wildwood, FL 34785